Bayron Jesus Rosales VIANA;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney General,* Respondent.

No. 03–71752.

Agency Nos. A75–706–803, A75–706–804, A75–706–805, A75–706–806.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 10, 2005.

Decided May 27, 2005.

Bayron Jesus Rosales Viana, Las Vegas, NV, pro se.

of the United States, pursuant to Fed. R.App. P. 43(c)(2).

* Alberto R.Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General

Dora Inez Olaya Bonilla, Las Vegas, NV, pro se.

Maria Camila Rosales Olaya, Las Vegas, NV, pro se.

Juan Andres Rosales Olaya, Las Vegas, NV, pro se.

Sarah R. Meadows, Snell & Wilmer, LLP, Tucson, AZ, for Petitioners.

NVL–District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Andrew C. MacLachlan, William K. Olivier, DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before REINHARDT, NOONAN, and FERNANDEZ, Circuit Judges.

## ORDER

The BIA had no authority to issue an order removing Rosales–Viana to Colombia. *See Molina–Camacho v. Ashcroft,* 393 F.3d 937 (9th Cir.2004); *Salvatierra–Cermeno v. Gonzales,* 404 F.3d 1119 (9th Cir.2005). Because 8 U.S.C. § 1252 only gives this court jurisdiction to review final orders of removal, we lack jurisdiction to review Rosales–Viana's petition for review.

We therefore construe the case as a petition for the writ of habeas corpus under 28 U.S.C. § 2241 and transfer it to the United States District Court of Nevada, Las Vegas. *See Molina–Camacho,* 393 F.3d at 942; 28 U.S.C. § 1631. Upon transfer, Rosales–Viana may make any

of the United States, pursuant to Fed. R.App. P. 43(c)(2).

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

necessary amendments to perfect the form of his petition.

**TRANSFERRED.**